No. 45,016

Mountain Iron and Supply Company, a Corporation, *Appellee and Cross Appellant*, v. George R. Jones and Albert J. Gebert, III, *Appellants* and *Cross Appellees*.

(443 P. 2d 185)

Opinion denying a rehearing filed July 16, 1968.

see

*Mountain Iron & Supply Co. v. Jones*, 201 Kan. 401, 441 P. 2d 795.

*William L. Oliver, Jr., George B. Collins, Robert Martin, K. W. Pringle, Jr., William F. Schell, Robert M. Collins, William V. Crank* and *Tom C. Triplett*, all of Wichita, and *Thomas M. Burns* and *Peter J. Wall*, both of Denver, Colorado, for the appellants and cross appellees.

*Richard W. Stavely*, of Wichita, for the appellee and cross appellant.

The opinion of the court was delivered by

Schroeder, J.: After the decision of the court herein was announced, the appellee, Mountain Iron and Supply Company, filed a motion for rehearing within the time allotted. Finding nothing, upon consideration of the motion for rehearing, which warrants a reconsideration of the case, the motion for rehearing is denied.

Mountain Iron and Supply Company contends, however, the decision of the court is based upon a material error of fact which appears in the opinion, and that the court's decision was influenced by such error.

In the third full paragraph of the original opinion (*Mountain Iron & Supply Co. v. Jones*, 201 Kan. 401, 441 P. 2d 795) appearing at page 407 of the official report, the rotary drilling rig in question was shown to have a cost of $45,000 to Jones-Gebert Oil, Inc. This fact was shown in the record and taken from Exhibit A, which was the first mortgage note given by Jones-Gebert Oil, Inc., to the McPherson & Citizens State Bank.

In its motion for rehearing Mountain Iron and Supply Company says:

"A fluke in printing the record has raised a false impression as to the true facts of the case."

Our attention is directed to an admission made by the defendants

that Jones-Gebert Oil, Inc. purchased the Brewster N-4 drilling rig and inventories, equipment and tools appurtenant thereto for $23,100 on October 10, 1963.

We, therefore, correct the facts to show the cost of the drilling rig was $23,000 and not $45,000 as shown by the first mortgage note. The actual cost of the drilling rig to Jones-Gebert Oil, Inc., was immaterial to our decision in the case, and our opinion as to the law is not affected thereby.